# United States District Court

WESTERN DISTRICT OF WASHINGTON

In re:

MICHAEL HAMMOND,
            Debtor.

Bk. Case No. 09-10053-SJS

_____

DDK MANUFACTURING, LLC,
            Appellant/Plaintiff,

          v.

MICHAEL HAMMOND,
            Appellee/Defendant.

Adv. Proc. 09-1204-SJS

## JUDGMENT IN A CIVIL CASE

APPEAL CASE NUMBER: C09-1747MJP

___ **Jury Verdict**. This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

_xx_ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

That the decision of the Bankruptcy Court is REVERSED and the matter is REMANDED to Bankruptcy Court with orders to stay the adversary proceeding pending a corrective/clarifying action in state court pursuant to Wa.R.Civ.P. 60.

 

_____July 15, 2010_____

               _____BRUCE RIFKIN_____
                          Clerk

               __s/ Mary Duett_____
                    By, Deputy Clerk